JS-6

cc: Fiscal

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JONATHAN SULTAN, an individual on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MEDTRONIC, INC., a Minnesota corporation,<br><br>　　　　　Defendant. | Case No. CV 11-04132 MWF(PLAx)<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**<br><br>Judge:　Hon. Michael W. Fitzgerald<br><br>Trial Date:　　　　April 16, 2013<br>Complaint Filed:　May 13, 2011<br>FAC Filed:　　　　June 15, 2011 |

Pursuant to Federal Rule of Civil Procedure 68, the Court hereby enters judgment for plaintiff Jonathan Sultan ("plaintiff") against defendant Medtronic, Inc. ("defendant") in the total amount of $18,901.00, allocated as follows:

1. Compensatory damages with respect to plaintiff's meal period claims in the amount of $8,399.00;

2. Interest on the meal period claims in the amount of $2,301.00;

3. Civil penalties under the California Labor Code Penalty Attorney General Act (PAGA) in the amount of $3,700.00, of which $2,775.00 is owed to the State of California Labor and Workforce Development Agency pursuant to the PAGA statute;

4. Attorney's fees with respect to the PAGA claim in the amount of $1,500 (over 40% of the total PAGA recovery); and

5. Costs of suit in the amount of $3,001.00.

Pursuant to the terms of Medtronic's Rule 68 Offer of Judgment dated October 9, 2012 (Doc. 72), the total amount paid by defendant is paid on account of any liability claimed in this action, including all costs of suit, interest, and attorney's fees otherwise recoverable in this action by plaintiff, and this judgment shall not be construed as an admission of liability by defendant nor a finding that plaintiff suffered or sustained any of the damage alleged in the action.

Dated: October 17, 2012

_____
Honorable Michael W. Fitzgerald
United States District Court Judge